THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| LAREGINALD JONES, | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | No. 5:15-cv-13 (CAR) (MSH) |
| v. | : | |
| | : | |
| OFFICER JARVIS MARRIOT, | : | |
| | : | |
| Defendant. | : | |

ORDER ON RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

Currently before the Court is the Report and Recommendation of the United States Magistrate Judge to grant Defendant's Motion for Judgment on the Pleadings due to Plaintiff's failure to exhaust his administrative remedies. Plaintiff has not filed an objection to the Recommendation, and the time for doing so has expired. This Court agrees with the findings and conclusions of the Report and Recommendation, and thus it [Doc. 30] is **ADOPTED AND MADE THE ORDER OF THE COURT**. Defendant's Motion [Doc. 20] is **GRANTED**, and Plaintiff's Complaint is hereby **DISMISSED**.

**SO ORDERED**, this 17th day of April, 2016.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH